CLOSING

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASMAR FORTNEY,** <br><br> *Plaintiff,* <br> v. <br><br> **RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, et al.** <br><br> *Defendants*. | Civil Action No. 14-3371 (MCA) <br><br> ORDER |

**THIS MATTER** having come before the Court by way of Plaintiff Asmar Fortney's motion to amend and remand this case to the Superior Court of New Jersey, Essex County, Law Division, Dkt. No. 71; and it appearing that the Honorable Leda Dunn Wettre issued an Opinion and Report and Recommendation dated June 20, 2016, in which Judge Wettre granted Plaintiff's motion to amend and recommended that this Court grant Plaintiff's motion to remand, Dkt. No. 75; and

it appearing that neither Defendants nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation,

**IT IS** on this 14th day of July, 2016,

**ORDERED** that Judge Wettre's Report and Recommendation dated June 20, 2016, Dkt. No. 75, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's motion to remand is **GRANTED,** Dkt. No. 71; and it is further

**ORDERED** that this case is hereby **CLOSED**.

*/s Madeline Cox Arleo*_____
**Hon. Madeline Cox Arleo**
**United States District Judge**